567 A.2d 1041

**Theodore GROFF and Denise Groff, h/w**

**v.**

**PETE KINGSLEY BUILDER, INC.**

**v.**

**H. Glenn ESBENSHADE and Leslie L. Witmer, t/a G & L Developers, Realty Trade and Equity Company of Lancaster, Pennsylvania, Warren Weaber, Inc., J.K. Towers and the Township of East Hemfield**

**v.**

**B.R. KREIDER & SON, INC.**

**Appeal of PETE KINGSLEY BUILDER, INC.**

Supreme Court of Pennsylvania.

Argued Dec. 12, 1989.

Decided Jan. 5, 1990.

John L. Sampson, Lancaster, for appellant.

Paul W. Grego, Lancaster, for Theo. & Denise Groff.

Jefferson C. Crosby, Lancaster, for Realty Trade & Equity Co. & Warren Weaber, Inc.

Stephen M. Kraybill, Lancaster, for J.K. Towers and the Twnp. of East Hemfield.

George H. Eager, Lancaster, for B.R. Kreider & Son.

James R. Adams, Lancaster, for H. Glenn Esbenshade and Leslie Witmer, t/a G & L Developers.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NIX, C.J., and FLAHERTY and ZAPPALA, JJ., dissent and would reverse the Order of the Superior Court.